UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No.  13-2719 WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion must contain (1) a complete IFP application, or (2) the full filing fee of $350.00.  The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:**  July 31, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCOTT,

        Plaintiff,

  v.

John Doe,

        Defendant.

Case Number: CV13-02719 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michael Scott 683064
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Dated: July 31, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk