UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 13-cv-02719-WHO (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PLAINTIFF TO FILE A COMPLAINT AND AN APPLICATION TO PROCEED IN FORMA PAUPERIS ON OR BEFORE JULY 15, 2014** |

      This federal civil rights action was dismissed because plaintiff Scott failed to file a complaint and an *in forma pauperis* ("IFP") application by the deadline.  Scott has since filed a motion to reopen (Docket No. 9).  The motion to reopen is GRANTED.  The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED.

      Scott still needs to file a complaint and an IFP application.  The Court reminds him that he must use <u>this</u> Court's IFP application, a new copy of which will be sent to him, along with a new complaint form.  He shall file both documents on or before July 15, 2014.  Failure to file both documents by the deadline will result in the dismissal of the action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

      The Clerk shall terminate Docket No. 9.

      **IT IS SO ORDERED.**

**Dated:** June 3, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN DOE,<br><br>        Defendant.<br>_____/ | Case Number: CV13-02719 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Michael Scott 683064
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Dated: June 3, 2014

Richard W. Wieking, Clerk
         By: Jean Davis, Deputy Clerk